**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO: 25-50646-JWC** |
| | : | |
| | : | **CHAPTER: 7** |
| **HYUN WOOK LEE** | : | |
| **NARI JUNG** | : | |
| **Debtors** | : | |
| **UNITED WHOLESALE MORTGAGE, LLC,** | : | |
| **Movant,** | : | |
| | : | |
| **vs.** | : | **CONTESTED MATTER** |
| | : | |
| **HYUN WOOK LEE** | : | |
| **NARI JUNG** | : | |
| **S. GREGORY HAYS, Trustee** | : | |
| **Respondents** | : | |

**NOTICE OF HEARING REASSIGNMENT**

**PLEASE TAKE NOTICE** that **United Wholesale Mortgage, LLC** has filed a **Motion for Relief from Automatic Stay (Real Property)** (the "**Motion**") and related papers with the Court seeking an order modifying stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:00 AM** on **October 15, 2026**, **in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Suite 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

**If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.**

Date: 08/14/2026

RUBIN LUBLIN, LLC

By: /s/ Anjali Khosla

Anjali Khosla
GA State Bar No. 838077
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
akhosla@rlselaw.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I hereby certify that on **12th day of August, 2026**, I electronically filed the foregoing **Notice of Hearing Reassignment and Motion for Relief from Automatic Stay (Real Property)** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Brandon K. Honsalek**
**S. Gregory Hays**

I further certify that on this day I caused a copy of this document to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon the following parties at the address shown for each.

**Hyun Wook Lee**
**2978 Woodward Down Trl**
**Buford, GA 30519-5048**

**Nari Jung**
**2978 Woodward Down Trl**
**Buford, GA 30519-5048**

Dated: **08/14/2026**

By: /s/ Anjali Khosla
Anjali Khosla
GA State Bar No. 838077
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
akhosla@rlselaw.com
Attorney for Creditor